30478. ELECTRICAL WHOLESALERS INC. *v.* SYLVANIA ELECTRIC PRODUCTS INC.

FELTON, J. The Supreme Court having reversed the judgment of this court in this case on certiorari *(Sylvania Electric Products* v. *Electrical Wholesalers,* 198 *Ga.* 870, 33 S. E. 2d, 5), the judgment of this court reversing the judgment of the trial court is vacated and the judgment of the trial court overruling the motion for a new trial is, in accordance with the judgment and opinion of the Supreme Court,

*Affirmed. Sutton, P. J. and Parker, J., concur.*

DECIDED MARCH 1, 1945.

*Chalmers, Jackson & Garner,* for plaintiff in error.
*Douglas, Evans & Cole,* contra.